United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SAMPSON, | § § § | |
| Plaintiff(s), | § § | |
| v. | § | CIVIL ACTION NO. H-25-311 |
| MORGAN HARWIN VENTURE, LTD., | § § § | |
| Defendant(s). | § § § § | |

## ORDER

The parties have jointly moved to dismiss this case because they have resolved all outstanding disputes. (Docket Entry No. 11). The parties seek a dismissal with prejudice. The motion is granted. Each party is to bear its own costs and fees.

SIGNED on March 17, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge